**The Honorable Marsha J. Pechman**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SUSAN N. PEARCE, | ) |
| Plaintiff, | ) No. C09-00004-MJP |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ORDER |
| Defendant. | ) |

The Court hereby awards Plaintiff's counsel, Robert A. Friedman, $5,272.64 in attorney fees and $52.92 in expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d), and $368.50 in costs under the Equal Access to Justice Act, 28 U.S.C. § 1920, for a total award of $5,694.06.

Dated: <u>February 16, 2010</u>

Marsha J. Pechman
U.S. District Judge

Order - 1
[No. C09-4-MJP]